UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 12 B 07427
CHAPTER 13

STEPHEN SCHRAGER
DEANA K SCHRAGER   JUDGE JACQUELINE P COX

DEBTORS   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  SPECIALIZED LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 23 | 71 | XXXXXX6315 | $427.58 | $427.58 | $427.58 |
| Total Amount Paid by Trustee | | | | | $427.58 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-07427-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 5th day of April, 2017.

Debtor:
STEPHEN SCHRAGER
DEANA K SCHRAGER
43 EVERGREEN ST
ELK GROVE VILLAGE, IL  60007

Attorney:
BACH LAW OFFICES
PO BOX 1285
NORTHBROOK, IL  60065
via Clerk's ECF noticing procedures

Creditor:
SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO  80163

Mortgage Creditor:
CHASE MANHATTAN MORTGAGE CORP
PO BOX 50911
SAN DIEGO, CA  92127

Mortgage Creditor:
CHASE
PO BOX 100018
KENNESAW, GA  30156

Mortgage Creditor:
CHASE HOME FINANCE LLC
PO BOX 509011
SAN DIEGO, CA  92150

Mortgage Creditor:
CHASE MANHATTAN
900 STEWART AVE FL 3
GARDEN CITY, NY  11530

Mortgage Creditor:
CHASE
201 N WALNUT ST
WILMINGTON, DE  19801

Mortgage Creditor:
JPMORGAN CHASE BANK
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD STE 100
BURR RIDGE, IL  60527

Mortgage Creditor:
DEUTSCHE BANK TRUST
% GMAC MORTGAGE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA  19034

Mortgage Creditor:
JPMORGAN CHASE BANK NA
% CHASE RECORDS CENTER
700 KANSAS LANE MC LA4-5555
MONROE, LA  71203

Mortgage Creditor:
RESIDENTIAL CREDIT SOLUTIONS
% BLOMMER PETERMAN
165 BISHOPS WAY #100
BROOKFIELD, WI  53005

Mortgage Creditor:
MORTGAGE IT TRUST 05-00005
% SHAPIRO & KREISMAN & ASSOC
2121 WAUKEGAN RD #301
BANNOCKBURN, IL  60015

Creditor:
SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO  80129

ELECTRONIC SERVICE - United States Trustee

Date:  April 05, 2017                                      /s/ TOM VAUGHN
                                                           TOM VAUGHN
                                                           CHAPTER 13 TRUSTEE
                                                           55 E. MONROE STREET, SUITE 3850
                                                           CHICAGO, IL  60603